UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GRAY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1 - 20,<br><br>      Defendants. | Civil Action No:<br>07 Civ. 9790 (SHS) (DCF) |
| SHAUN ROSE, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1 - 10,<br><br>      Defendants. | Civil Action No:<br>07 Civ. 10294 (DC) |
| MEREDITH TRANBERG, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1 - 20,<br><br>      Defendants. | Civil Action No:<br>07 Civ. 10341 (UA) |

| | |
|---|---|
| ANTON RAPPOLD, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>     v.<br><br>CITIGROUP INC., CITIBANK, N.A., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN and JANE DOES 1 - 10,<br><br>       Defendants. | Civil Action No:<br>07 Civ. 10396 (UA) |
| SAMIER TADROS, on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>     v.<br><br>CITIGROUP INC., CHARLES O. PRINCE, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ RAMIREZ, ANN DIBBLE JORDAN, KLAUS KLEINFELD, ANDREW N. LIVERIS, ANNE MULCAHY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT E. RUBIN, ROBERT E. RUBIN, FRANKLIN A. THOMAS, JOHN DOES 1-20 (BEING CURRENT AND FORMER MEMBERS OF THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC.) and JOHN DOES 21-40 (BEING CURRENT AND FORMER MEMBERS OF THE INVESTMENT COMMITTEE OF THE CITIGROUP INC. 401(K) PLAN),<br><br>       Defendants. | Civil Action No:<br>07 Civ. 10442 (UA) |

| | |
|---|---|
| STEPHAN FIORINO, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>      v.<br><br>CITIGROUP INC., CITIBANK N.A., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1 - 20,<br><br>                      Defendants. | Civil Action No:<br>07 Civ. 10458 (UA) |
| JAMES BOLLA, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>      v.<br><br>CITIGROUP INC., CITIBANK N.A., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1 - 20,<br><br>                  Defendants. | Civil Action No:<br>07 Civ. 10461 (UA) |

| | |
|---|---|
| MARK GEROULO, individually, on behalf of the CITIGROUP 401(k) Plan, the CITIBUILDER 401 (K) PLAN FOR PUERTO RICO, and all others similarly,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP, INC., CITIBANK, N.A., THE PLAN ADMINISTRATIVE COMMITTEE OF CITIGROUP, INC., MICHAEL E. SCHLEIN, JOHN DOES 1-10, THE CITIGROUP 401(k) PLAN INVESTMENT COMMITTEE and JOHN DOES 10-20, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ, ANN DIBBLE JORDAN, ANDREW N. LIVERIS, DUDLEY C. MECUM, ANNE M. MULCAHY, RICHARD D. PARSONS, ANDRALL E. PEARSON, CHARLES PRINCE, JUDITH RODIN, ROBERT E. RUBIN, FRANKLIN A. THOMAS, SANFORD I. WEILL,<br><br>Defendants. | Civil Action No:<br>07 Civ. 10472 (UA) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this action for plaintiff/movant Samier Tadros. This action is related to the above captioned actions. I certify that I am a member of the bar of this Court.

Date:   November 30, 2007

                                                          Respectfully submitted,

                                                          Robert I. Harwood, Esq. (RH-3286)
                                                          **HARWOOD FEFFER LLP**
                                                          488 Madison Avenue
                                                          New York, New York 10022
                                                          Telephone: (212) 935-7400
                                                          Facsimile: (212) 753-3630

                                                          Attorneys for Plaintiff Samier Tadros

## CERTIFICATE OF SERVICE

I, Glenn Mariano, hereby certify that I am not a party to the action, am over the age of eighteen years, am employed by the law firm of Harwood Feffer LLP, attorneys for plaintiff Samier Tadros, and that on November 30, 2007, I served the foregoing **NOTICE OF APPEARANCE** in the within actions, by causing a true and correct copy of the same to be electronically mailed to counsel for defendants and plaintiffs on the attached service list.

_____
Glenn C. Mariano

## CITIGROUP ERISA LITIGATION SERVICE LIST

**Counsel For Defendants**:

Lawrence B. Pedowitz, Esq.
John Lynch, Esq.
Bradley R. Wilson, Esq.
WATCHELL, LIPTON, ROSEN & KATZ LLP
51 West 52nd Street
New York, NY 10019
Tel:   (212)403-1000
Fax:   (212) 403-2000

Attorneys for Defendants Citigroup, Inc., et al.

**Counsel for Plaintiffs:**

Andrew Eugene Lencyk, Esq.
Marian P. Rosner, Esq.
Robert Craig Finkel, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Tel:   (212) 451-9628
Fax:   (212) 486-2093

Attorneys for Plaintiffs Stephen Gray (07cv9790-SHS); Stephan Fiorino (07cv10458-UA); and James Bolla (07cvl0461-UA)

Susan Salvetti, Esq.
ZWERLING, SCHACHTER & ZWERLING LLP
41 Madison Avenue
New York, NY.10010
Tel:   (212) 223-3900
Fax:   (212)371-5969

Attorneys for Plaintiff Anton Rappold (07cvl0396-UA)

Ann D. White, Esq.
ANN D. WHITE LAW OFFICES, P.C.
165 Township Line Rd., Ste 2400
Jenkintown, PA 19046-3535
Tel:   (215)481-0273

Attorneys for Plaintiff James Bolla (07cvl0461-UA)

Jeffrey Squire, Esq.
BRAGAR WEXLER & EAGEL, PC
885 Third Avenue, Suite 3040
New York, New York 10022
Tel:   (212) 308-5858

Attorneys for Plaintiff Meredith Tranberg (07cvl0341-UA)

| | |
|---|---|
| Gerald D. Wells III, Esq.<br>Joseph H. Meltzer, Esq.<br>Edward W. Ciolko, Esq.<br>SCHIFFRIN & BARROWAY, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel:   (610) 667-7706<br>Fax:  (610) 667-7056<br><br>Attorneys for Plaintiff Shaun Rose<br>(07cvl0294-DC) | Ronen Sarraf, Esq. (RS 7694)<br>Joseph Gentile, Esq.<br>SARRAF GENTILE LLP<br>485 Seventh Avenue, Suite 1005<br>New York, New York 10018<br>T: 212-868-3610<br>F: 212-918-7967<br><br>Attorneys for Plaintiff Mark Geroulo<br>(07cvl0472-UA) |
| Robert A. Izard, Esq.<br>SCHATZ NOBEL IZARD P.C.<br>20 Church Street, Suite 1700<br>Hartford, CT 06103<br>Telephone: (860) 493-6292<br>Facsimile: (860) 493-6290<br>rizard@smlaw.com<br><br>Attorneys for Plaintiff Mark Geroulo<br>(07cv10472-UA) | Milo Silberstein, Esq.<br>DEALY & SILBERSTEIN, LLP<br>225 Broadway, Suite 1405<br>New York, New York 10007<br>T: (212)385-0066<br><br>Attorneys for Plaintiff Shaun Rose<br>(07cvl0294-DC) |