UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN GRAY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1 - 20,

Defendants.

Civil Action No: 07 Civ. 9790 (SHS)

SHAUN ROSE, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1 - 10,

Defendants.

Civil Action No: 07 Civ. 10294

MEREDITH TRANBERG, individually and on behalf of all others similarly situated

Plaintiff,

v.

CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1 - 20,

Defendants.

Civil Action No: 07 Civ. 10341

| | |
|---|---|
| ANTON RAPPOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CITIGROUP INC., CITIBANK, N.A., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN and JANE DOES 1 - 10,<br><br>Defendants. | Civil Action No: 07 Civ. 10396 |
| SAMIER TADROS, on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>CITIGROUP INC., CHARLES O. PRINCE, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ RAMIREZ, ANN DIBBLE JORDAN, KLAUS KLEINFELD, ANDREW N. LIVERIS, ANNE MULCAHY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT E. RUBIN, ROBERT E. RUBIN, FRANKLIN A. THOMAS, JOHN DOES 1-20 (BEING CURRENT AND FORMER MEMBERS OF THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC.) and JOHN DOES 21-40 (BEING CURRENT AND FORMER MEMBERS OF THE INVESTMENT COMMITTEE OF THE CITIGROUP INC. 401(K) PLAN),<br><br>Defendants. | Civil Action No: 07 Civ. 10442 |

| | |
|---|---|
| STEPHAN FIORINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CITIGROUP INC., CITIBANK N.A., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1 - 20,<br><br>Defendants. | Civil Action No: 07 Civ. 10458 |
| JAMES BOLLA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CITIGROUP INC., CITIBANK N.A., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1 - 20,<br><br>Defendants. | Civil Action No: 07 Civ. 10461 |

----------------------------------------------------x

MARK GEROULO, individually, on behalf of the CITIGROUP 401(k) Plan, the CITIBUILDER 401 (K) PLAN FOR PUERTO RICO, and all others similarly,

Plaintiff,

v.

CITIGROUP, INC., CITIBANK, N.A., THE PLAN ADMINISTRATIVE COMMITTEE OF CITIGROUP, INC., MICHAEL E. SCHLEIN, JOHN DOES 1-10, THE CITIGROUP 401(k) PLAN INVESTMENT COMMITTEE and JOHN DOES 10-20, C. MICHAEL ARMSTRONG, ALAN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ, ANN DIBBLE JORDAN, ANDREW N. LIVERIS, DUDLEY C. MECUM, ANNE M. MULCAHY, RICHARD D. PARSONS, ANDRALL E. PEARSON, CHARLES PRINCE, JUDITH RODIN, ROBERT E. RUBIN, FRANKLIN A. THOMAS, SANFORD I. WEILL,

Defendants.

----------------------------------------------------x

Civil Action No: 07 Civ. 10472

-----------------------------------------------------x

ALAN STEVENS, on Behalf of Himself and All Others Similarly Situated,

Plaintiff,

v.

CITIGROUP INC., CITIBANK, N.A, CHARLES PRINCE, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, PETER JOHNSON, ROBERTO HERNANDEZ RAMIREZ, ANDREW N. LIVERIS, ANNE MULCAHEY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT E. RUBIN, ROBERT L. RYAN, FRANKLIN A. THOMAS, THE PLANS ADMINISTRATION COMMITTEE OF CITIGROUP, INC., THE INVESTMENT COMMITTEE and JOHN DOES 1-30,

Defendants.

Civil Action No: 07 Civ. 11156

-----------------------------------------------------x

STEPHEN GOLDSTEIN, on Behalf of Himself and a Class of Persons Similarly Situated,

Plaintiff,

v.

CITIGROUP INC., THE PLANS ADMINISTRATION COMMITTEE OF CITIGROUP, INC., MICHAEL E. SCHLEIN, CHARLES PRINCE, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ RAMIREZ, ANDREW N. LIVERIS, ANNE MULCAHEY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT E. RUBIN, ROBERT L. RYAN, AND FRANKLIN A. THOMAS, And JOHN DOES 1-30,

Defendants.

Civil Action No: 07 Civ. 11158

| | |
|---|---|
| CHRIS SOUTHARD, on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>CITIGROUP INC., CHARLES O. PRINCE, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ RAMIREZ, ANN DIBBLE JORDAN, KLAUS KLEINFELD, ANDREW N. LIVERIS, ANNE MULCAHY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT E. RUBIN, ROBERT E. RUBIN, FRANKLIN A. THOMAS, JOHN DOES 1-20 (BEING CURRENT AND FORMER MEMBERS OF THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC.) and JOHN DOES 21-40 (BEING CURRENT AND FORMER MEMBERS OF THE INVESTMENT COMMITTEE OF THE CITIGROUP INC. 401(K) PLAN),<br><br>Defendants. | Civil Action No: 07 Civ. 11164 |
| FRANCIA BRICK, individually and on Behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CITIGROUP INC., CHARLES PRINCE, THE PLAN'S ADMINISTRATIVE COMMITTEE OF CITIGROUP, INC., THE 401(k) INVESTMENT COMMITTEE, And JOHN DOES 1-10,<br><br>Defendants. | Civil Action No: 07 Civ. 11369 |

**CERTIFICATE OF SERVICE**

I, Milo Silberstein, hereby certify that I am over the age of 18 years, am not a party to this action and that on December 26, 2007, I caused a true and correct copy of Plaintiffs Shaun Rose and Mark Geroulo's Superceding Motion for Consolidation of Related Actions and Appointment of Interim Lead Plaintiffs, Co-lead Counsel and Liaison Counsel to be served, via ECF, on the counsel of record identified on the attached service list.

Milo Silberstein

**Citigroup ERISA Litigation Service List**

**Attorneys for Defendants**

Lawrence B. Pedowitz, Esq.
John Lynch, Esq.
Bradley R. Wilson, Esq.
WATCHELL, LIPTON, ROSEN & KATZ LLP
51 West 52nd Street
New York, New York 10019

T: 212-403-1000
F: 212-403-2000

**Attorneys for Plaintiff Samier Tadros (07-cv-10442-SHS)**

Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.
HARWOOD, FEFFER LLP
488 Madison Avenue
New York, New York 10022

T: 212-935-7400
F: 212-753-3630

**Attorneys for Plaintiff Anton Rappold (07-cv-10396-UA)**

Susan Salvetti, Esq.
ZWERLING, SCHACHTER & ZWERLING LLP
41 Madison Avenue
New York, New York 10010

T: 212-223-3900
F: 212-371-5969

**Attorneys for Plaintiff James Bolla (07-cv-10461-UA)**

Ann D. White, Esq.
ANN D. WHITE LAW OFFICES P.C.
165 Township Line Rd. Ste 2400
Jenkintown, PA 19046-3535

T: 215-481-0273
F: 215-481-0271

**Attorneys for Plaintiff Meredith Tranberg (07-cv-10341-UA)**

Jeffrey Squire, Esq.
BRAGAR WEXLER & EAGEL, PC
885 Third Avenue, Suite 3040
New York, New York 10022

T: 212-308-5858
F: 212-486-0462

**Attorneys for Plaintiff Mark Geroulo (07-cv-10472-UA)**

Ronen Sarraf, Esq.
Joseph Gentile
SARRAF GENTILE LLP
485 Seventh Avenue, Suite 1005
New York, New York 10018

T: 212-868-3610
F: 212-918-7967

Robert A. Izard, Esq.
SCHATZ NOBEL IZARD P.C.
20 Church Street, Suite 1700
Hartford, CT 06103

T: 860-493-6292
F: 860-493-6290

**Attorneys for Plaintiff Chris Southard (07-cv-11164)**

Thomas J. McKenna, Esq.
GAINEY & MCKENNA
295 Madison Avenue, 4th Floor
New York, New York, 10017

T: 212-983-1300
F: 212-983-0383

**Attorneys for Plaintiff Alan Stevens (07-cv-11156)**

Lori G. Feldman, Esq.
Arvind B. Khurana, Esq.
MILBERG WEISS LLP
One Pennsylvania Plaza
New York, New York 10019

T: 212-594-5300
F: 212-868-1229

**Attorneys for Plaintiff Stephen Gray (07-cv-9790-SHS)**

Marian P. Rosner, Esq.
Robert C. Finkel, Esq.
Andrew E. Lencyk, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, New York 10022

T: 212-759-4600
F: 212-486-2093

**Attorneys for Plaintiff Steven Goldstein (07-cv-11158-UA)**

Edwin J. Mills, Esq.
STULL, STULL & BRODY
6 East 45th Street
New York, New York 10017

T: 212-687-7230
F: 212-490-2022

**Attorneys for Plaintiff William Woodward (07-cv-11207-UA)**

Bruce F. Rinaldi
COHEN MILSTEIN HAUSFELD & TOLL, PLLC (DC)
1100 New York Avenue, N.W.
Washington, DC 20005

T: 202-408-4600
F: 202-408-4699

**Attorneys for Plaintiff Francia Brick (07-cv-11369-UA)**

William R. Weinstein
Steven L/ Wittels
Jeremy Heisler
SANFORD WITTELS & HEISLER, LLP
950 Third Avenue, 10th Floor
New York, New York 10022

T: 646-723-2947
F: 646-723-2948